**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ANNETTE LALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-3840-L |
| | § | |
| THE BANK OF NEW YORK | § | |
| MELLON f/k/a The Bank of New York | § | |
| as Successor in Interest to JP Morgan | § | |
| Chase Bank, N.A.;  EMC | § | |
| MORTGAGE; JP MORGAN CHASE | § | |
| BANK, N.A.; WELLS FARGO BANK; | § | |
| and SELECT PORTFOLIO | § | |
| SERVICING, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is a letter from Plaintiff Annette Lall ("Plaintiff"), which the court construes as a Motion to File a Notice of Appeal (Doc. 101), filed January 15, 2016. This motion was referred to Magistrate Judge Paul D. Stickney who entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on July 5, 2016, recommending that the court deny Plaintiff's motion because it was not timely filed. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion to File a Notice of Appeal.

Case 3:13-cv-03840-L-BF   Document 106   Filed 07/25/16   Page 2 of 2   PageID 6411

**It is so ordered** this 25th day of July, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Page 2